FRANK E. STURGIS et al., as Trustees under the Will of FRANK WORK, Deceased, et al., Respondents, *v.* FRANCES ROCHE et al., Appellants, and EDMUND M. ROCHE et al., Respondents, Impleaded with Another.

(Submitted April 30, 1928; decided May 11, 1928.)

MOTION to amend remittitur.    (See 247 N. Y. 585.)

Motion granted. Recall of remittitur requested and remittitur when recalled will be amended so as to fix the value of the stock of the Delaware, Lackawanna and Western Railroad Company as of March 16, 1911, at the sum of $114,480,102.96; as of February 20, 1914, at the sum of $134,974,724.13, and as of July 28, 1921, at the sum of $207,911,660.82.

---

In the Matter of the Estate of OTTO KIEKEBUSCH, Deceased.

EMIL KIEKEBUSCH, as Executor, Appellant; IDA KIEKE-BUSCH, Respondent.

(Submitted May 7, 1928; decided May 11, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.    (See 244 N. Y. 236.)